# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2009

137102 & (76)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BONNIE HOFF,
          Plaintiff-Appellee,

v

SANDRA SPOELSTRA, SUZANNE
KENSINGTON and CITY OF MARQUETTE,
          Defendants-Appellants,

and

GERALD R. PETERSON, JERRY
IRBY and STU BRADLEY,
          Defendants-Appellees.

SC: 137102
COA: 272898
Marquette CC: 05-042405-CD

_____/

          On order of the Court, the motion for miscellaneous relief is GRANTED.  The application for leave to appeal the July 8, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



          I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2009

_____
                    Clerk

p0114